1 BENJAMIN B. WAGNER
  United States Attorney
2 KATHLEEN A. SERVATIUS
  Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
  Fresno, CA 93721
4 Telephone: (559) 497-4000
  Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-175 LJO SKO |
|---|---|
| Plaintiff, | ORDER UNSEALING SUPERSEDING INDICTMENT |
| v. | |
| JOSE ERNESTO VALENCIA MADRIZ, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

IT IS SO ORDERED.

Dated: **August 19, 2013**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

Request to Unseal Indictment                 1